NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KITTOM SMITH, JR.,**

*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2024-1028

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-4816, Judge Michael P. Allen.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                          SMITH v. MCDONOUGH

(2)  Each side shall bear their own costs.


                                              FOR THE COURT


February 12, 2024                             Jarrett B. Perlow
        Date                                  Clerk of Court


**ISSUED AS A MANDATE:** February 12, 2024